LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ, ERICSSON & GAFFNEY LLC
1050 INDIGO DRIVE, SUITE 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
luke@oronozlawyers.com
*Attorney for Mel Bundy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN BUNDY,<br><br>Defendant. | CASE NO.: 2:16-cr-046-GMN-PAL<br><br>**MOTION FOR JOINDER TO DEFENDANT RYAN PAYNE'S MOTION FOR APPOINTMENT OF SPECIAL MASTER [DOC. #736]** |

COMES NOW, the Defendant, MELVIN "MEL" BUNDY, by and through his counsel of record, LUCAS J. GAFFNEY, ESQ., and hereby moves this Honorable Court to allow him to join Defendant, Ryan Payne's Motion For Appointment of Special Master [Doc. #736]. Mel Bundy submits that he similarly situated to Ryan Payne as both are housed at the Corrections Corporation of America in Pahrump and have reason to believe their privileged communications are being unlawfully recorded. Accordingly, Mel Bundy hereby incorporates the points and authorities and arguments presented in defendant Payne's aforementioned motion, and respectfully requests leave to join the motion.

DATED: October 12, 2016

Respectfully submitted,

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
Oronoz, Ericsson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada, 89145

## CERTIFICATE OF ELECTRONIC SERVICE

I, the undersigned, hereby certify that I am an employee of Oronoz, Ericsson & Gaffney LLC, a firm licensed to practice law in the District of Nevada, and I am of such age and discretion as to be competent to serve papers.

That on October 12, 2016, I served an electronic copy of the above and foregoing by electronic service (ECF) to the person(s) named below:

DANIEL BOGDEN
United States Attorney
STEVEN MYHRE
First Assistant United States Attorney
NICHOLAS DICKINSON
Assistant United States Attorney
NADIA AHMED
Assistant United States Attorney
ERIN M. CREEGAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

By: /s/ Lucas Gaffney
Employee of Oronoz, Ericsson, & Gaffney LLC