# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> STEVEN A. STEWART, et al, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00046-GMN-PAL <br><br> **ORDER** |

Pending before the Court is Defendant Steven A. Stewart's ("Stewart") and Defendant Eric Parker's ("Parker") (collectively "Defendants") Motion for Attorney Conducted Voir Dire, (ECF No. 1255). Specifically, Defendants ask the Court to allow "120 minutes of attorney conducted voir dire to be divided by counsel for [D]efendants in Tier 3, understanding the Government would have time to do the same." (Mot. for Attorney Conducted Voir Dire ("Motion") 2:14–16).[1]

Federal Rule of Criminal Procedure 24(a) states that the Court "may examine prospective jurors or may permit the attorneys for the parties to do so." Fed. R. Crim. Pro. 24(a). If the Court chooses to examine the jurors, "it must permit the attorneys for the parties to: (a) ask further questions that the court considers proper; or (b) submit further questions that the court may ask if it considers them proper." *Id.*

"Because the obligation to impanel an impartial jury lies in the first instance with the trial judge, and because [s]he must rely largely on h[er] immediate perceptions, federal judges have been accorded ample discretion in determining how best to conduct the *voir dire*."

---

[1] Co-defendants Richard Lovelien ("Lovelien"), Gregory Burleson ("Burleson"), O. Scott Drexler ("Drexler"), and Melvin Bundy filed Motions for Joinder, (ECF Nos. 1256, 1279, 1302, and 1318). Accordingly, co-defendants Motions, (ECF Nos. 1256, 1279, 1302, and 1318), are GRANTED.

*Rosales-Lopez v. United States*, 451 U.S. 182, 189 (1981); *see United States v. Nielsen*, 1 F.3d 855, 859 (9th Cir. 1993).  Here, the Court is conducting voir dire.  However, the Court will allow timed, attorney-conducted questioning during the process with fifteen minutes for each defendant's attorney and thirty minutes for the Government.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion, (ECF No. 1255), is **GRANTED in part, DENIED in part**.

**IT IS FURTHER ORDERED** that the Motions for Joinder, (ECF Nos. 1256, 1279, 1302, and 1318), are **GRANTED**.

**DATED** this __19__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge