LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
1050 INDIGO DRIVE, SUITE 120
Las Vegas, Nevada 89145
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Mel Bundy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MELVIN BUNDY,<br><br>        Defendant. | CASE NO.:   2:16-cr-046-GMN-PAL<br><br>**MOTION FOR JOINDER TO DEFENDANT RYAN W. PAYNE'S MOTION TO DISMISS [ECF # 3087]** |

**Certification**: This motion is timely filed.

COMES NOW, the Defendant, MELVIN "MEL" BUNDY, by and through his counsel of record, LUCAS J. GAFFNEY, ESQ., and hereby moves this Honorable Court to allow him to join Defendant Ryan W. Payne's Motion to Dismiss [ECF # 3087]. Mel Bundy submits that he is similarly situated to Defendant Ryan Payne as both are charged in the Government's Superseding Indictment [Doc. #27].

///

///

///

///

///

///

Page 1

1  Mel Bundy hereby incorporates the points and authorities and arguments presented in
2  Defendant Ryan Payne's Motion to Dismiss, as well as subsequent pleadings, and
3  respectfully requests leave to join the motion.
4  DATED: January 2, 2018.                    Respectfully submitted,

   */s/ Lucas Gaffney*
   LUCAS J. GAFFNEY, ESQ.
   GAFFNEY LAW
   1050 Indigo Drive, Suite 120
   Las Vegas, Nevada, 89145

## CERTIFICATE OF ELECTRONIC SERVICE

I, the undersigned, hereby certify that I am an employee of Gaffney Law, a firm licensed to practice law in the District of Nevada, and I am of such age and discretion as to be competent to serve papers.

That on January 2, 2018, I served an electronic copy of the above and foregoing by electronic service (ECF) to the person(s) named below:

STEVEN MYHRE
Acting United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
NADIA AHMED
Assistant United States Attorney
ERIN M. CREEGAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

By: */s/ Lucas Gaffney*
Employee of Gaffney Law.