DAYLE ELISON
Acting United States Attorney
NADIA AHMED
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00046-GMN-PAL-6 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| MELVIN BUNDY | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Zack Bowen</u>, Senior U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the Court.

Dated this 22nd day of January, 2018.

DAYLE ELISON
Acting United States Attorney

By ___/S/_____.
   NADIA AHMED
   Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. MELVIN BUNDY  　　　　　　　　　　　　Docket No 2:16-cr-00046-GMN-PAL-6

Petition for Action on Conditions of Pretrial Release

　　　COMES NOW ZACK BOWEN, SENIOR U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MELVIN BUNDY. The defendant appeared before Your Honor on December 4, 2017 and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
4. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
5. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: the Government's witness list.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.
　　　Curfew:  The defendant is restricted to his/her residence every day from _____ to _____ and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer.  The curfew is subject to Pretrial Services' discretion.

8. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology:
　　　Global Positioning Satellite (GPS) monitoring.

9. The defendant shall not tamper with, damage, or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services or the supervising officer.
10. The defendant shall pay all or part of the cost of the location monitoring program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
11. Appear in court as ordered.
12. Notify Pretrial Services, the Court, and counsel, in writing, prior to any change of address or phone number.

Honorable Peggy A. Leen
U.S. Magistrate Judge
Re: Melvin BUNDY
January 22, 2018
Page 2

**Respectfully presenting petition for action of Court and for cause as follows:**

Based upon the nature of the alleged offense, Pretrial Services requests firearms conditions be added to the defendant's bond.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S BOND TO ADD THE FOLLOWING: 1) THE DEFENDANT SHALL REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPONS AND 2) ANY FIREARMS AND/OR DANGEROUS WEAPONS SHALL BE REMOVED FROM THE DEFENDANT'S POSSESSION PRIOR TO RELEASE FROM CUSTODY AND THE DEFENDANT SHALL PROVIDE WRITTEN PROOF OF SUCH TO PRETRIAL SERVICES OR THE SUPERVISING OFFICER.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 22nd day of January, 2018. |
|---|---|
| Considered and ordered this ____ day of January, 2018 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| | *Zack Bowen* (signature) |
| Honorable Peggy A. Leen | Zack Bowen |
| U.S. Magistrate Judge | Senior U.S. Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |