DAYLE ELIESON
United States Attorney
STEVEN W. MYHRE
Nevada Bar No. 9635
NADIA J. AHMED
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorneys
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 16-CR-0046-GMN-PAL |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE MOTIONS, DISCOVERY, AND TRIAL DOCUMENTS DUE DATES** |
| **MELVIN D. BUNDY, DAVID H. BUNDY, JASON D. WOODS, and JOSEPH D. O'SHAUGHNESSY,** | |
| Defendants. | |

**CERTIFICATION:  This motion is timely filed.**

The United States, by and through Dayle Elieson, United States Attorney, Steven W. Myhre, First Assistant United States Attorney, and Nadia Ahmed, and

Daniel R. Schiess, Assistant United States Attorneys, moves for an order continuing until February 7, 2018, the due dates for the following matters:

- 1/26/18—Discovery for the trial of Melvin Bundy, David Bundy, O'Shaughnessy, and Woods
- 1/29/18—Response to David Bundy's Motion to Disqualify the United States Attorney's Office for the District of Nevada (ECF #3125)
- 1/29/18—Response to Woods's Motion to Compel Productions of Outstanding Discovery, All Outstanding Brady Discovery & Wooten Memo Related Communications & Discovery (ECF #3129)
- 1/31/18—Response to Woods' Motion for Application of Strictissimi Juris Doctrine as Related to Freedom of Association & Co-Conspirator Statements (ECF #3137)
- 2/1/18—Response to Mel Bundy's (Sealed) Motion to Dismiss Based on Outrageous Government Conduct & Destruction of Evidence (ECF #3138, redacted version ECF #3139)

On January 8, 2018, the Court ordered that the indictment against Cliven Bundy, Ammon Bundy, Ryan Bundy, and Ryan Payne be dismissed with prejudice. The Order identified principles of the law pertaining to self-defense and other matters that will affect how the government proceeds with its responses to the motions and its discovery obligations in connection to the pending trial. The government needs until February 7, 2018, to complete its analysis and to appropriately respond to and meet its obligations to the above-referenced items.

The government unsuccessfully consulted with counsel for Jason Woods in an attempt to reach an agreement on the requested continuance. Due to its inability

to reach an agreement with Mr. Woods, the government has not consulted with the remaining defendants, as a unified agreement would be needed in lieu of this motion.

Wherefore, the government respectfully asks the Court to continue the due dates on the above items to February 7, 2018.

**DATED** this 26th day of January, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

*/ s / Daniel R. Schiess*

_____
STEVEN W. MYHRE
DANIEL R. SCHIESS
NADIA J. AHMED
Assistant United States Attorneys

**IT IS SO ORDERED**.

**DATED** this __30__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **MOTION TO CONTINUE MOTIONS, DISCOVERY, AND TRIAL DOCUMENTS DUE DATES** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 26th day of January, 2018.


*/ s / Daniel R. Schiess*

_____
DANIEL R. SCHIESS
Assistant United States Attorney

4