DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
First Assistant United States Attorney
DANIEL R. SCHIESS
NADIA J. AHMED
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVE H. BUNDY,<br>MEL D. BUNDY,<br>JOSEPH D. O'SHAUGHNESSY, and<br>JASON D. WOODS,<br><br>Defendants. | 2:16-CR-00046-GMN-PAL<br><br>**GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT WITH PREJUDICE** |

**CERTIFICATION:** This Motion is timely filed.

The United States, by and through the undersigned, respectfully seeks leave under Fed. R. Crim. P. 48(a) to dismiss with prejudice all counts in the Superseding Indictment as to each of the above-named defendants.

The Superseding Indictment in this case was returned on March 2, 2016, against nineteen defendants. The defendants were subsequently severed into three

groups for separate trials, the defendants named herein comprising the third group, their trial being set to commence on February 26, 2018.

During the trial of the second group, and on January 8, 2018, the Court declared a mistrial and entered an Order dismissing the Superseding Indictment against the second group of defendants with prejudice. The government has since filed a Motion in that case, asking the Court to reconsider its dismissal Order for the reasons set forth in the Motion.

In light of the Court's dismissal Order and the pendency of the government's Motion for Reconsideration, the government believes that, under these circumstances and in the interests of justice, it is appropriate to move to dismiss the Superseding Indictment against the third group of defendants named herein with prejudice.

/////

/////

/////

/////

/////

/////

/////

/////

/////

**WHEREFORE**, for all the foregoing reasons, the government respectfully requests that the Court grant the government's Motion to Dismiss and enter an Order dismissing all counts in the Superseding Indictment with prejudice as to defendants Dave Bundy, Mel Bundy, Joseph O'Shaughnessy, and Jason D. Woods and vacating the current trial setting of February 26, 2018.

**DATED** this 7th day of February, 2018.

          Respectfully,

          DAYLE ELIESON
          United States Attorney

          */s/ Daniel R. Schiess*
          _____
          STEVEN W. MYHRE
          DANIEL R. SCHIESS
          NADIA J. AHMED
          Assistant United States Attorneys

          *Attorneys for the United States*

**IT IS SO ORDERED.**

**DATED** this __7__ day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **MOTION TO DISMISS INDICTMENT WITH PREJUDICE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 7th day of February, 2018.

*/s/Daniel R. Schiess*

DANIEL R. SCHIESS
Assistant United States Attorney